WAHLE, PHILLIPS COMPANY, Respondent, *v.* THE GERMAN THEATRE, INCORPORATED, et al., Defendants, and FIFTY-NINTH STREET-MADISON AVENUE COMPANY, Appellant, Impleaded with Others.

*Wahle, Phillips Co.* v. *59th St.-Madison Ave. Co.*, 153 App. Div. 17, affirmed.
(Argued March 11, 1915; decided March 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 27, 1912, upon an order reversing that portion of a judgment of Special Term appealed from by plaintiff and affirming that portion of such judgment appealed from by defendant and directing judgment for plaintiff in an action to foreclose a mechanic's lien for labor performed and materials furnished by plaintiff in manufacturing and installing in a theatre upon the premises in question certain lighting fixtures, under a contract with the German Theatre, Inc. (lessee of appellant), and with the consent of appellant.

*Howard S. Gans* for appellant.

*John A. Dutton* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.